IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| DAVID LEE JACKSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 120-160 |
| | ) | |
| JERMAINE WHITE, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Petitioner filed a mixed 28 U.S.C. § 2254 petition asserting unexhausted and exhausted claims. Therefore, the Magistrate Judge recommended Petitioner's grounds two and six claims be dismissed for failure to exhaust, and Petitioner be ordered to either (1) dismiss the current petition in its entirety and return to state court to exhaust his grounds two and six claims, as well as ground three to the extent, if any, it exceeded the scope of Petitioner's direct appeal to the Georgia Supreme Court; or (2) proceed in this Court only with respect to his exhausted claims. (Doc. no. 3.) On January 14, 2021, Petitioner informed the Court he wished to proceed only with respect to his exhausted claims.[1] (Doc. no. 5.)

---

[1] Although Petitioner did not provide more details regarding his claim in ground three as instructed by the Magistrate Judge's Report and Recommendation, after further review of Petitioner's petition and the Georgia Supreme Court opinion, the Court concludes Petitioner fully exhausted ground three.

Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, and **DISMISSES** Petitioner's unexhausted claims in grounds two and six. The case shall proceed as to Petitioner's exhausted claims in grounds one, three, four, and five.

SO ORDERED this 2nd day of February 2021, at Augusta, Georgia.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA